# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Residential Funding Company, LLC,
a Delaware limited liability company, f/k/a
GMAC/Residential Funding Corporation,

        Plaintiff,

v.

HTFC Corporation,

        Defendant.

**ORDER**
Civil No. 06-3973 ADM/AJB

___

Donald G. Heeman, Esq., and Ryan A. Olson, Esq., Felhaber, Larson, Fenlon & Vogt, P.A., Minneapolis, MN, argued on behalf of Plaintiff.

Joseph R. Ziccardi, Esq., Ziccardi Law Offices, Chicago, IL, and James B. Sheehy, Esq., Sheehy Law, Ltd., argued on behalf of Defendant.

___

For the reasons stated at oral argument this morning, Plaintiff Residential Funding Company, LLC's Motion for Summary Judgment [Docket No. 44] is **GRANTED**, and Defendant HTFC Corporation's Motion for Summary Judgment [Docket No. 50] is **DENIED**. If the parties cannot mutually resolve the remaining issues regarding the amount of the judgment and the other loans referred to in the Amended Complaint [Docket No. 33], then Plaintiff shall file an affidavit and supporting materials regarding those issues by January 21, 2008. Defendant shall file its response by February 1, 2008.

                              BY THE COURT:


                              s/Ann D. Montgomery
                              ANN D. MONTGOMERY
                              U.S. DISTRICT JUDGE

Dated: January 4, 2008.